IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

        Plaintiff,                No. CIV S-08-1343 KJM P

    vs.

SOLIMAN,

        Defendant.         ORDER

_____/

        Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of June 18, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 10) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: July 23, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
winf1343.36